```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Charlie Sanders
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Officer Sena Williams
_____
_____
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**AMENDED COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial: ☐ Yes   ☑ No
(check one)

14 Civ. 7210 ( )

I.   **Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's   Name_____
             ID#_____
             Current Institution_____
             Address_____

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name Sena Williams   Shield # 942435
                  Where Currently Employed MTS PCT 14TH
                  Address 35TH ST BET 8 + 9TH AVE

Defendant No. 2    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 3    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 4    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 5    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

II.     **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?
_____
_____

B.    Where in the institution did the events giving rise to your claim(s) occur?
_____
_____
_____

C.    What date and approximate time did the events giving rise to your claim(s) occur?
_____
_____
_____

D.   Facts

**What happened to you?**

On July 23 2014 at 10AM I was at Grand Central were I work I sell the papers. I was assaulted by this drunken guy that I don't no I was pushed to the ground so hard I hit my head I got whipe lashed I got up he busted my Lip Hit me in my head about four times. I was charged by

**Who did what?**

Officer Sena Williams with Assault Hand Cuffed taken to the hospital and then to jail. The Assault was drop to 30 days I was the victim. I lost my job. Officer Sena Williams made me do time and I was the victim.

**Was anyone else involved?**

**Who else saw what happened?**

It was five cambras at Grand Central and one is a police cambra that seen every thing I never throwen a punch

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I hurt my back I hurt my neck I hurt my head I got whipe lash from being push down so hard my Lip I had to get stichs,

Also my mind was injured from going or being in Jail for somethings I was the victim in laying up in Jail can run you crazy

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____   No ✓

Rev. 05/2010                                    3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____  No ✓  Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____  No ✓  Do Not Know ____

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____  No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____  No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? **civil Rights court**

1. Which claim(s) in this complaint did you grieve? **Getting Charged and Going to Jail for something I was the victim**

2. What was the result, if any? **Grieveing**

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. **I tryed to see my Legal Aid lawer And see never got Back to me**

_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: **Grieveneins Do Not Help I Need help From civil Rights court**

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: __None__

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I Respect Police Officers But They Are human And can be wrong And when you are wrong you Are wrong And They Are wrong Here And Now

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). The relief I would Like Is Two million Dollars. My Life IS worth WAY more then that. Being IN Jail Going to Jail sent to Jail for something I DID Not Do I was the victim Here And I Got Hurt, I Lost my Job because OF this I could have Lost my Life IN Jail, I Lost Time out Of my Life I could have Lost my mind, IT was bad Food Bad Toilets The Bed had Germs, IT is not the Place to be when You are NOT Guilty. I did not Do Any thing IN The case I'm the victim. Officer Sena Williams charged me With a false charge made me do time For some thing the other Guy did No Good I'm told The Felony was droped

VI. Previous lawsuits:

[On these claims]

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____  No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
_____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending?  Yes \_\_\_\_   No \_\_\_\_

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

[On other claims]

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes \_\_\_\_   No \_\_\_\_

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
_____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending?  Yes \_\_\_\_   No \_\_\_\_

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of _____, 20___.

                          Signature of Plaintiff   _____

                          Inmate Number       _____

                          Institution Address   _____

                                             _____

                                             _____

                                             _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 20 day of October, 2014, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

                            Signature of Plaintiff: *Charlie Sanders*

Thu, 11 Sep 14  1636                                              Page  1 of 2

                          Bellevue Hospital Center
                             Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-TM3 Bed3 | Sanders,Charlie | 3085239 | 3085239-5 | 54Y | M |

                                    Attending Physician         D.O.B.
                                    Carmody,Kristin             02/02/1960

------------------------------------------------------------------------

Unscheduled ED Provider Initial Note
Event Time: Wed, 23 Jul 14  1432                    Status: complete

Wed, 23 Jul 14  1507   Documented by Kristin Carmody, MD

Time Patient Seen       : Wed, 23 Jul 2014   1433
Communication Method    : Direct Communication in English
ED Attending            : Kristin Carmody, MD
Provider                : Allan Guiney, MD
ROS                     : see note
Provider Note           : Patient: Sanders, Charlie

                          CC; Laceration to lip

                          HPI: 54 y/o M with no PMH presents after being punched
                          in the face. No LOC. He complains of lacerations to
                          his upper and lower lips but no HA, facial or jaw
                          pain.

                          PMH: last tetanus >10 years

                          Meds/Allergies: none

                          Social: EtoH, tobacco

                          ROS: negative for f/c/n/v/d/c HA, CP, SOB, pain in
                          extremities or weakness

                          PE:
                          138/87 - 95 - 18 - 99% - 99.0 -       - 5
                          General: NAD, breathing easily
                          HEENT: PERRLA, 2cm full thickness laceration below
                          lower lip (through to oral cavity). 2 x4 cm avulsion
                          to mucosa inside R upper lip with flap. No loose
                          teeth, good dentition. No jaw or facial tenderness, no
                          other signs of trauma.
                          Neck: no spine tenderness
                          Lungs: CTAB
                          Heart: RRR NRGM
                          Abdomen: soft, nontender

Thu, 11 Sep 14  1636                                                    Page  2 of 2

                        Bellevue Hospital Center
                          Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-TM3 Bed3 | Sanders,Charlie | 3085239 | 3085239-5 | 54Y | M |

                              Attending Physician         D.O.B.
                              Carmody,Kristin             02/02/1960

---

Unscheduled ED Provider Initial Note -- cont'd
                        Assessment: 54 y/o M with 2 lip lacerations after
                        punched in face, no LOC, headache, or other sign of
                        trauma

                        Plan:
                        Laceration repair
                        Td booster
                        Reassess
RN Note Reviewed        : I have reviewed the RN notes and documented any
                          additions in the Provider note field.
Provider Exam           : see note
ED Alerts               : NYPD Prisoner;
Assessment/Plan         : see note
Attending Attestation:  Pt seen and examined by me. I fully agree with the
                        Resident's assessment, plan and any procedures.

---

                         * * * End of Report * * *

```
Thu, 11 Sep 14  1636                                              Page   1 of 2
                           Bellevue Hospital Center
                             Chart Review Print
Location        Patient Name             Patient Number   Visit Number   Age   Sex
DIS-TM3 Bed3    Sanders,Charlie          3085239          3085239-5      54Y   M

                                         Attending Physician             D.O.B.
                                         Carmody,Kristin                 02/02/1960
-------------------------------------------------------------------------------
Unscheduled ED MD Disposition Note
Event Time: Wed, 23 Jul 14   1447                          Status: complete

Wed, 23 Jul 14   1453    Documented by Allan Guiney, MD

ED Attending              : Kristin Carmody, MD
Provider                  : Allan Guiney, MD
Disposition               : Discharged to Home or Self Care
Disposition Date/Time     : Wed, 23 Jul 2014   1447
Primary Dx                : Open wound of face, unspecified site, uncomplicated
Secondary Dx(s)           : none
Procedure(s)              : Laceration Repair,
Discharge Rx              : none
Focused Med Rec           : Medication Reconciliation Complete. No changes to
                            current medications.
Condition                 : Improved
Summary                   : 54 y/o with facial lac x2, s/p repair
Instructions for Pt       : Clean the cut on the outside of your face starting
                            tomorrow with soap and water, and dress it with
                            bacitracin ang guaze. After eating rinse your mouth
                            with salt water or mouth wash. Return for suture
                            removal/evaluation in 5 days. You have 2 nylon sutures
                            on the outside of your face (5-0 nylon) and 6
                            absorbably sutures inside your mouth (5-0 vicryl, 4
                            upper 2 lower).
Discharge Center?         : no
Follow Up                 : in 5 days for suture removal, wound evaluation
DC Report Language        : English
Whiteboard Display        : Patient in ED. Keep/Add back on Whiteboard.
Instructions for RN       : none
Med Decision Making       : I discussed the case and plan with a Consultant or
                            other health care Provider. I have reviewed the
                            patient's history through internal records or an
                            outside referral.
Tests Reviewed            : I have reviewed all labs, ancillary testing, and
                            radiology resulted for this patient prior to
                            disposition.
-------------------------------------------------------------------------------
```

Thu, 11 Sep 14  1636                                              Page  2 of 2

                    Bellevue Hospital Center
                       Chart Review Print

                    * * * End of Report * * *

```
Thu, 11 Sep 14  1636                                         Page   1 of 2
                         Bellevue Hospital Center
                            Chart Review Print
```

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-UC Bed04 | Sanders,Charlie | 3085239 | 3085239-6 | 54Y | M |

| | | Attending Physician | D.O.B. |
|---|---|---|---|
| | | Rotte,Masashi | 02/02/1960 |

---

Unscheduled ED Provider Initial Note
Event Time: Sun, 31 Aug 14   1722                          Status: complete

Sun, 31 Aug 14   1930     Documented by Daniel Lugassy, MD

Time Patient Seen        : Sun, 31 Aug 2014   1722
Communication Method     : Direct Communication in English
ED Attending             : Daniel Lugassy, MD
Provider                 : Andrew Oh, MD
ROS                      : see note
Provider Note            : 54 y M no pmhx presents with persistent occipital and
                           neck pain s/p assault 7/23/14. Pt was evaluated at BHC
                           on 7/23/14 where he stated he was punched in the face
                           suffering lip laceration as well as hitting the back
                           of his head against the ground. No LOC or complaints
                           at the time, but now he complains of neck pain that is
                           worse in the am and w/ movement at times, described as
                           soreness. No visual changes, no global headache, no
                           focal neuro deficits. No n/v/d/c.

                           PMH none
                           Meds none
                           All nkda

                           PE
                           128/96 - 68 - 18 - 98% - 97.2 -      - 4
                           Gen: NAD, AOx3
                           HEENT: EOMI, PERRL, OP clear, CN II-XII intact, NCAT
                           Neck: supple, no masses
                           Lungs: cta bl
                           CV: s1/s2, rrr
                           Abd: soft ntnd
                           Ext: +2 radial pulse
                           Neuro: steady gait, 5/5 UE LE

                           A/P
                           No suspicion for intracranial bleed or structural
                           deficit. Will have pt follow up with PMD.
RN Note Reviewed         : I have reviewed the RN notes and documented any
                           additions in the Provider note field.
Provider Exam            : see note

```
Thu, 11 Sep 14  1636                                              Page   2 of 2
                          Bellevue Hospital Center
                            Chart Review Print
Location         Patient Name           Patient Number   Visit Number   Age   Sex
DIS-UC Bed04     Sanders,Charlie        3085239          3085239-6      54Y   M

                                        Attending Physician             D.O.B.
                                        Rotte,Masashi                   02/02/1960
-------------------------------------------------------------------------------
Unscheduled ED Provider Initial Note -- cont'd
ED Alerts                : None;
Assessment/Plan          : see note
Stroke/VTE Diagnosis     : Contusion of face, scalp, and neck except eye(s)
Attending Attestation:  Pt seen and examined by me. I fully agree with the
                        Resident's assessment, plan and any procedures.
-------------------------------------------------------------------------------


                        * * * End of Report * * *
```

```
Thu, 11 Sep 14   1637                                                    Page   1 of 1
                              Bellevue Hospital Center
                                Chart Review Print

Location          Patient Name              Patient Number    Visit Number    Age    Sex
DIS-UC Bed04      Sanders,Charlie           3085239           3085239-6       54Y    M

                                            Attending Physician               D.O.B.
                                            Rotte,Masashi                     02/02/1960
-------------------------------------------------------------------------------------

Unscheduled ED MD Disposition Note
Event Time: Sun, 31 Aug 14   1725                         Status: complete

Sun, 31 Aug 14   1726    Documented by Andrew Oh, MD

ED Attending            : Daniel Lugassy, MD
Provider                : Andrew Oh, MD
Disposition             : Discharged to Home or Self Care
Disposition Date/Time   : Sun, 31 Aug 2014   1726
Primary Dx              : Contusion of face, scalp, and neck except eye(s)
Secondary Dx(s)         : none
Discharge Rx            : none
Focused Med Rec         : Medication Reconciliation Complete. No changes to
                          current medications.
Condition               : Stable
Summary                 : 54 y M no pmhx p/w neck pain s/p assault, likely msk,
                          but will have pt follow up with medicine
Instructions for Pt     : Please return with any increase in pain, headache,
                          visual changes, nausea or vomiting
Discharge Center?       : no
Follow Up               : Within 1-2 weeks. Clinic/ Visit Type: Medicine
DC Report Language      : English
Whiteboard Display      : Patient in ED. Keep/Add back on Whiteboard.
Instructions for RN     : none
Med Decision Making     : I discussed the case and plan with a Consultant or
                          other health care Provider.
Tests Reviewed          : I have reviewed all labs, ancillary testing, and
                          radiology resulted for this patient prior to
                          disposition.
-------------------------------------------------------------------------------------


                              * * * End of Report * * *
```